FILED
August 21, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG. 08-0285 DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| VICTOR CEJA, ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release VICTOR CEJA, Case No. MAG. 08- 0285 DAD, Charge Title 21 USC §§ 846; 841(a)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of $ 150,000.00

    _X_ Unsecured Appearance Bond  co-signed by two aunts and two uncles

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    _X_ (Other)  Pretrial Services Supervision of conditions of release

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 21, 2008 at 3:05 pm.

By _____/s/ Dale A. Drozd_____
Dale A. Drozd
United States Magistrate Judge