FILED
August 21, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. MAG. 08-0285 DAD |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| VICTOR CEJA, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release VICTOR CEJA, Case No. MAG. 08- 0285 DAD, Charge Title 21 USC §§ 846; 841(a)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    X   Bail Posted in the Sum of $ 150,000.00

        X   Unsecured Appearance Bond  co-signed by two aunts and two uncles
        __  Appearance Bond with 10% Deposit
        __  Appearance Bond with Surety
        __  Corporate Surety Bail Bond
        X   (Other)  Pretrial Services Supervision of conditions of release

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 21, 2008 at 3:05 pm.

By _____
Dale A. Drozd
United States Magistrate Judge